UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARLEY PENA, | |
| Movant, | 1:24-CV-6299 (RA) |
| v. | 1:23-CR-0375 (RA) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Pena requesting appointment of counsel to assist in preparing an amended motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  The C.J.A. attorney assigned to receive cases on this day, Sanford N. Talkin, is hereby ordered to assume representation of Mr. Pena in this matter.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Pena.

SO ORDERED.

Dated:    August 4, 2025
          New York, New York

_____
RONNIE ABRAMS
United States District Judge

The Honorable Ronnie Abrams
United States District Court
300 QUARROPAS STREET
White Plains N.Y 10601


Dear Judge Brown.

First I would like to thank the
Court for reviewing my pro se motion
to vacate my conviction under
28 U.S.C 2255. I would respectfully
ask to be appointed pro bono counsel
while being granted the opportunity
to file a new motion by this Court.

I would like to thank the Court
for its diligence and patience with this
matter.

Respectfully,

_____ #60216-510

Dated   July 21, 2025
        Waymart, Pennsylvania





RECEIVED
JUL 25 2025
PRO SE OFFICE

RECEIVED
JUL 25 2025
U.S.D.C.
W.P.