**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------x
                                       :
UNITED STATES OF AMERICA                :
                                       :
       -against-                        :         ORDER
                                       :
                                       :       _____
                                       :          Docket #
                                       :
---------------------------------------x
```

_____
       Judge's Name

The C.J.A. attorney assigned to receive cases on this day, _____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

**SO ORDERED**.

_____

August 5, 2025
**Dated:  New York, New York**